IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAWUD C.S. GABRIEL,

    Plaintiff,

v.                                                                          No. 22-2126-JWB

TRANS AM TRUCKING COMPANY,

    Defendant.

## MEMORANDUM AND ORDER

On June 2, 2022, the court entered an order dismissing Plaintiff's complaint and amended complaint without prejudice but withholding entry of judgment for fourteen days to permit Plaintiff to file another amended complaint.  (Doc. 12.)  Plaintiff instead opted to file a notice of appeal to the Tenth Circuit.  (Doc. 13.)  In view of this, and because the Tenth Circuit would likely remand the matter in the absence of any judgment, the court directs the clerk to enter a judgment of dismissal of Plaintiff's claims without prejudice to refiling.

IT IS SO ORDERED this 7th day of June, 2022.

                                                                       s/ John W. Broomes
                                                                       JOHN W. BROOMES
                                                                        UNITED STATES DISTRICT JUDGE